IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Pennsylvania National Mutual Casualty Insurance Company | ) | CA **8:24-cv-3323-BHH** |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | **RULE 26(f) REPORT** |
| | ) | |
| -versus- | ) | |
| | ) | |
| VBS of the Upstate LLC, et al | ) | |
| | ) | |
| Defendant(s). | | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____ We agree that the schedule set forth in the Conference and Scheduling Order filed **July 30, 2024** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

__X__ We agree that the schedule set forth in the Conference and Scheduling Order filed **July 30, 2024** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

## PLAINTIFF(S)

/s/ David G. Harris II
_____

*Signature of Plaintiff's Counsel*
David G. Harris II  (Federal Bar No. 12039)
Counsel for Plaintiff Penn National
_____
*Printed Name of Plaintiff's Counsel*
*and Party Represented*

/s/ Todd Russell Flippin
_____

*Signature of Defendant's Counsel*
Todd Russell Flippin (S.C. Fed. Bar No. 11753)
Counsel for Defendants VBS of the Upstate and Vinson
_____
*Printed Name of Defendant's Counsel*
*and Party Represented*


_____
*Signature of Plaintiff's Counsel*


_____
*Printed Name of Plaintiff's Counsel*
*and Party Represented*

/s/ Daniel L. Draisen
_____

*Signature of Defendant's Counsel*
Daniel L. Draisen (Federal Bar No. 7226)
Counsel for Defendant CF&G Enterprises
_____
*Printed Name of Defendant's Counsel*
*and Party Represented*


_____
*Signature of Plaintiff's Counsel*


_____
*Printed Name of Plaintiff's Counsel*
*and Party Represented*


_____
*Signature of Defendant's Counsel*


_____
*Printed Name of Defendant's Counsel*
*and Party Represented*


_____
*Signature of Plaintiff's Counsel*


_____
*Printed Name of Plaintiff's Counsel*
*and Party Represented*


_____
*Signature of Defendant's Counsel*


_____
*Printed Name of Defendant's Counsel*
*and Party Represented*


*Dated:* 9/3/2024
_____

*Dated:* 9/3/2024
_____