UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CASE NO. 8:24-cv-03323-BHH

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| VBS OF THE UPSTATE LLC, EDDIE W. VINSON, and CF&G ENTERPRISES, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Pennsylvania National Mutual Insurance Company, and the Defendants, VBS of the Upstate LLC, Eddie W. Vinson, and CF&G Enterprises, Inc., jointly and pursuant to Rule 41 of the Federal Rules of Civil Procedure, and stipulate and agree to a voluntary dismissal with prejudice of all claims asserted, or which could have been asserted, in this action, with the parties bearing their own costs and attorneys' fees.

Respectfully submitted this the 23rd day of October, 2024.

| | |
|---|---|
| /s/ David G. Harris II | /s/ Todd Russell Flippin |
| David G. Harris II (S.C. Bar No. 12039) | Todd Russell Flippin (S.C. Bar No. 11753) |
| GOLDBERG SEGALLA LLP | HOLCOMBE BOMAR, P.A. |
| 701 Green Valley Road, Suite 310 | P.O. Box 1897 |
| Greensboro, North Carolina  27408 | Spartanburg, SC 29304 |
| Telephone:  336.419.4910 | Telephone:  864.594.5300 |
| dharris@goldbergsegalla.com | tflippin@holcombebomar.com |
| *Attorneys for Plaintiff Penn National* | *Attorneys for Defendants* |
| | *VBS of the Upstate, LLC and Eddie W. Vinson* |

2

/s/ Daniel L. Draisen
Daniel L. Draisen (S.C. Bar No. 7226)
THE INJURY LAW FIRM, PC
2006 North Main Street
Anderson, South Carolina 29621
Telephone:  864.888.8887
daniel@injuredSC.com
*Attorney for Defendant CF&G*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing **Stipulation of Dismissal** was filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

This the 23rd day of October, 2024.

/s/ David G. Harris II
David G. Harris II (S.C. Bar No. 12039)
GOLDBERG SEGALLA LLP
701 Green Valley Road, Suite 310
Greensboro, North Carolina  27408
Telephone:  336.419.4910
dharris@goldbergsegalla.com
*Attorneys for Plaintiff Penn National*